```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KEVIN KING, et al.,                                         :
                                    Plaintiffs,             :
                                                            :          20 Civ. 4322 (LGS)
            -against-                                       :
                                                            :                ORDER
HABIB BANK LIMITED,                                         :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the Order at Dkt. No. 12, Plaintiffs were directed to file a status letter on service efforts by October 16, 2020, and every thirty days thereafter. Plaintiffs' October 16, 2020, letter stated that the next status letter would be filed within thirty days, and no such status letter was filed. It is hereby

**ORDERED** that Plaintiffs shall file the letter as soon as possible and no later than **November 19, 2020**.

Dated: November 17, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE