# GOLDSTEIN & RUSSELL, P.C.

7475 Wisconsin Ave.<br>
Suite 850<br>
Bethesda, MD  20814

June 15, 2021

**Via CM/ECF**

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   20-cv-4322-LGS, *King v. Habib Bank Limited*, Status Letter

Dear Judge Schofield,

I write to update the Court on the status of efforts to serve the defendant in this action. We are still awaiting action by the Pakistani Ministry of Law and Justice regarding our request for service, submitted pursuant to the Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters in July, 2020.

We are retaining counsel in Pakistan who can travel to the Ministry and hopefully speak with the relevant officials face-to-face to facilitate service. We hope the meeting will happen later this month, but the schedule is not yet set.

I will write again on July 15, 2021, or promptly if the situation changes before then.

Kind regards,

s/Tejinder Singh

Goldstein & Russell, P.C.
202.679.7007
tsingh@goldsteinrussell.com