```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
KEVIN KING, et al.,                                          :
                                Plaintiffs,                  :
                                                             :    20 Civ. 4322
                -against-                                    :
                                                             :
HABIB BANK LIMITED,                                          :
                                Defendant.                   :
-------------------------------------------------------------X
                                                             :
KATHLEEN L. ALEXANDER, et al.,                               :
                                Plaintiffs,                  :
                                                             :    21 Civ. 2351
                -against-                                    :
                                                             :
HABIB BANK LIMITED,                                          :
                                Defendant.                   :
-------------------------------------------------------------X
                                                             :
MARY BORDER, et al.,                                         :
                                Plaintiffs,                  :    21 Civ. 6044
                                                             :
                -against-                                    :    ORDER
                                                             :
HABIB BANK LIMITED,                                          :
                                Defendant.                   :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 3, 2021, Plaintiffs in the above-captioned cases filed letters stating that they have stipulated and agreed with Defendant to extend Defendant's deadline to answer or otherwise respond to the complaint to January 4, 2022;

WHEREAS, Plaintiffs state that they propose to file a joint motion to consolidate the above-captioned cases pursuant to Rule 42;

WHEREAS, the initial pretrial conferences in the above-captioned cases were adjourned sine die.  It is hereby

**ORDERED** that Plaintiffs are no longer required to file a status letter every thirty days.  It

is further

      **ORDERED** that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned actions is extended to **January 4, 2022**.  It is further

      **ORDERED** that the parties shall file their joint motion to consolidate by **November 12, 2021**.  It is further

      **ORDERED** that an initial conference for the above-captioned cases will be held on **December 16, 2021, at 10:50 a.m.**  The conference will be telephonic and take place on **conference line 888-363-4749 with access code 5583333**.  The parties shall submit a joint letter and proposed case management plan in accordance with the orders originally scheduling the initial conferences by **December 8, 2021, at noon**.

Dated:  November 4, 2021
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE