UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN KING, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>HABIB BANK LIMITED,<br><br>                Defendant. | No. 20-cv-4322-LGS |
| KATHLEEN L. ALEXANDER, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>HABIB BANK LIMITED,<br><br>                Defendant. | No. 21-cv-2351-LGS |
| MARY BORDER, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>HABIB BANK LIMITED,<br><br>                Defendant. | No. 21-cv-6044-LGS |

### [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 42(a) and this Court's November 4 Orders (Dkt. Nos. 12, 21, 30), the above-captioned actions are hereby consolidated for all purposes before this Court. Any further filings in the above-captioned actions shall be made on the docket for 20-cv-4322-LGS, the first-filed and lead case.

The Clerk of Court is respectfully directed to close cases 21 Civ. 2351 and 21 Civ. 6044 and any open motions therein.

Dated: November  15 , 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE