```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KEVIN KING, et al.,                                         :
                            Plaintiff                       :
                                                            :    20 Civ. 4322 (LGS)
              -against-                                     :
                                                            :         ORDER
HABIB BANK LIMITED,                                         :
                            Defendant.                      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for December 16, 2021;

WHEREAS, no significant issues were raised in the parties' joint letter and a stay of discovery was issued.  It is hereby

**ORDERED** that the December 16, 2021, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.

Dated:  December 9, 2021
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE