```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KEVIN KING, et al.,                                         :
                                                            :
                    Plaintiffs,                             :      20-CV-4322 (LGS) (OTW)
                                                            :
        -against-                                           :      ORDER
                                                            :
HABIB BANK LIMITED,                                         :
                                                            :
                    Defendant.                              :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

This action has been referred to me for General Pre-Trial. (ECF 98). Defendant is directed to file a letter brief of no more than 5 pages on: (1) proportionality and the burden of producing documents as related to the discovery dispute briefed in ECF 94 and 97; (2) the discovery dispute in Plaintiff's letter motion, ECF 101. Defendant shall file the letter brief by **March 29, 2023**. Plaintiff shall file a response of no more than 5 pages by **April 12, 2023.**

The parties' letter motion to seal is **GRANTED, but without prejudice to revisiting the issue**. (ECF 99).

The Clerk of Court is respectfully directed to close ECF 99.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: March 15, 2023           **Ona T. Wang**
       New York, New York       United States Magistrate Judge