**SAUNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
KEVIN KING, et al.,                                         :
                                                            :
              Plaintiffs,                  :      20-CV-4322 (LGS) (OTW)
                                                            :
              -against-                  :      **ORDER**
                                                            :
HABIB BANK LIMITED,                                         :
                                                            :
              Defendant.                   :
                                                            :
                                                            :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiffs filed a letter requesting a briefing schedule for their motion to compel. (ECF 115). Defendant is directed to file a letter brief in response to ECF 115 of **no more than 2000 words** by **May 4, 2023**. The Federal Reserve ("FS") and the New York Department of Financial Services ("NY DFS") may each file a letter brief in response to ECF 115 also of **no more than 2000 words** by **May 4, 2023**. Plaintiff shall not file a response. Letter briefs shall attach a one page certification of the word count, not to be included in the count.

**Aside from the foregoing letter briefing, the parties shall not file any further letters to the Court on new discovery issues or on the issues raised in prior filings.** (*See* ECF 94, 97, 99, 100, 101, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115).

The Court will hold an in-person Status Conference on **May 25, 2023, at 1:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Interested parties such as FS and NY DFS are permitted, but not required, to attend. The parties shall meet and confer and file a **joint proposed two page agenda** for the conference by **May 22, 2023.** The parties should be

prepared to discuss at the Status Conference their plan to proceed through discovery with fewer disputes.

**SO ORDERED.**

Dated: April 20, 2023
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge