SAUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KEVIN KING, et al.,                                          :
                                                             :
               Plaintiffs,                        :       20-CV-4322 (LGS) (OTW)
                                                             :
               -against-                         :       **ORDER**
                                                             :
HABIB BANK LIMITED,                                          :
                                                             :
               Defendant.                         :
                                                             :
                                                             :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiffs shall file a letter brief in response to ECF 121, 122, 123, and 124 by **May 19, 2023.** Plaintiffs shall include in their letter brief a response on bank examination privilege and if there is good cause to overrule. The letter brief shall be **no more than 2000 words** and shall attach a one page certification of the word count, not to be included in the count. **Defendant, the Federal Reserve, and the New York Department of Financial Services, shall not file any letters in reply.**

      SO ORDERED.

                                                                  _s/ Ona T. Wang_

Dated: May 5, 2023                            **Ona T. Wang**
       New York, New York              United States Magistrate Judge