**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
KEVIN KING, et al.,

               Plaintiffs,           20-CV-4322 (LGS) (OTW)

               -against-            **ORDER**

HABIB BANK LIMITED,

               Defendant.
-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 136, 137.

The deadline for the completion of fact discovery is extended to **May 17, 2024.**

The Court will hold an in-person Status Conference on **July 18, 2023**, **at 3:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint proposed agenda for the conference by **July 13, 2023**.

The parties agree on proceeding with production of a weekly privilege log on a rolling basis for categories 4, 6, and 8-11, on the current categorical privilege log. (ECF 136 at 1, 2). Defendant shall produce at least one production by **July 11, 2023**, in anticipation of the Status Conference on July 18, 2023**.** The parties shall continue to report in their monthly joint status letter efforts to meet and confer to prioritize and narrow review. (ECF 136 at 2 ¶ 2).

The Court ordered Defendant to provide an unredacted version of ECF 128-1 for *in camera* review. (ECF 133 at 2). At the Status Conference on May 25, 2023, Plaintiff objected to relevance based redactions only. (ECF 136-1 at 53). Upon review, the Court finds the redactions

match the topics the New York State Department of Financial Services ("NYDFS") reported.[1]

(ECF 122 at 3).

**SO ORDERED.**

Dated: June 6, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

---

[1] The NYDFS listed: "assessments of the Bank's credit policy and market and liquidity risk management practices and procedures; evaluation of asset quality; and review of information technology controls relating to software and hardware development and acquisition." (ECF 122 at 3).