UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   KING, et al.,
                            Plaintiffs,

               -against-                            20 Civ. 4322 (LGS)

                                             ORDER
   HABIB BANK LIMITED,
                            Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Case Management Plan and Scheduling Order dated March 2, 2023, instructed the parties to file a joint letter every forty-five days as outlined in Individual Rule IV.A.2;

      WHEREAS, the parties failed to submit the letter due on June 8, 2023. It is hereby

      **ORDERED** that, by **June 16, 2023, and every forty-five days thereafter,** the parties shall file a status letter.

Dated: June 12, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE