UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    KING, et al.,

                            Plaintiffs,

                    20 Civ. 4322 (LGS)
        -against-

                    ORDER
    HABIB BANK LIMITED,

                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated June 12, 2023, instructed the parties to file a status letter with Judge Schofield every forty-five days. That Order was in error. It is hereby

       **ORDERED** that the Order at Dkt. No. 139 is vacated. The parties shall continue to engage in discovery in compliance with the orders and schedule set by Judge Wang.

Dated: June 30, 2023
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE

2