**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
KEVIN KING, et al.,

            Plaintiffs,

           -against-

HABIB BANK LIMITED,

           Defendant.
------------------------------------------------------------x

20-CV-4322 (LGS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference on July 18, 2023. (ECF 138). As discussed at the conference, Defendant shall provide the discussed index/log to Plaintiffs by this **Friday, July 21, 2023**, or file a letter requesting an extension of time if such production is not possible. The parties are directed to file a **joint status letter** on the last business Friday of each month beginning **August 25, 2023**.

      **SO ORDERED.**

                                                                   _s/ Ona T. Wang_

Dated: July 18, 2023                               **Ona T. Wang**
       New York, New York                United States Magistrate Judge