**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
KEVIN KING, et al.,

        Plaintiffs,                             20-CV-4322 (LGS) (OTW)

        -against-                                **ORDER**

HABIB BANK LIMITED,

        Defendant.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an in-person Status Conference on **May 21, 2024 from 10:30 a.m. to 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties are directed to a submit a <u>joint</u> status agenda for the conference **by May 14, 2024**. The joint status agenda must include the estimated amount of time to be devoted to each topic.

The deadline for fact discovery is hereby **EXTENDED** to **May 21, 2024**.

        **SO ORDERED.**

Dated: April 29, 2024                           _س/ Ona T. Wang_
       New York, New York               **Ona T. Wang**
                                                 United States Magistrate Judge