**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
KEVIN KING, et al.,                                     :
                                                        :
                   Plaintiffs,       :        20-CV-4322 (LGS) (OTW)
                                                        :
            -against-        :        **ORDER**
                                                        :
HABIB BANK LIMITED,                                     :
                                                        :
              Defendant.        :
---------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court held a Status Conference in this matter on May 21, 2024. As discussed on the record at the conference, it is hereby **ORDERED** that:

    1)  The deadline for fact discovery is **EXTENDED to August 30, 2024**.

    2)  As set forth by the Court on the record, Plaintiffs' motion to compel (ECF 210) is **GRANTED IN PART** as follows: the parties are directed to meet and confer about production of "Know Your Customer" ("KYC") data for the 349 accounts involved in processing U.S. dollar transactions for the applicable time period, and propose a procedure and timetable for producing the KYC data in their next joint status letter due **May 31, 2024**. The joint status letter must also contain an amended scheduling order for the Court's review reflecting the extended fact discovery deadline. Plaintiffs' motion to compel is **DENIED** **without prejudice** in all other respects.

    3)  In light of the extension of the fact discovery deadline, Plaintiffs have **withdrawn as moot** their letter motion for a protective order (ECF 244).

4)  Plaintiff's motion for protective order (ECF 237) is **GRANTED**. The Court will

enter the proposed protective order following issuance of this Order.

5)  The parties' consent letter motion for discovery (ECF 239) is **GRANTED**. The

Court will enter a request for international judicial assistance (letter rogatory)

following issuance of this Order.

The Clerk is respectfully directed to close ECF Nos. 210, 237, 239, and 244.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: May 22, 2024                     **Ona T. Wang**
      New York, New York           United States Magistrate Judge