**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
KEVIN KING, et al.,

            Plaintiffs,

           -against-

HABIB BANK LIMITED,

           Defendant.

------------------------------------------------------------x

20-CV-4322 (LGS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an In-Person Discovery Conference on **Wednesday, October 9, 2024,** at **10:00 a.m**. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer and file a joint proposed agenda by **Friday, October 4, 2024,** that identifies in chart form all the outstanding discovery disputes that remain with respect to the following ECF numbers: 274, 284, 292, 306, and 308. The parties are <u>not to raise any additional arguments</u> in their joint proposed agenda.

The fact discovery deadline is hereby **EXTENDED** until **October 9, 2024**.

      **SO ORDERED.**

                                        _s/ Ona T. Wang_
Dated: September 17, 2024                        **Ona T. Wang**
      New York, New York                United States Magistrate Judge