# Susman Godfrey l.l.p.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| Suite 5100 | Suite 1400 | Suite 3000 |
|---|---|---|
| 1000 Louisiana Street | 1900 Avenue of the Stars | 401 Union Street |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

December 9, 2024

**VIA CM/ECF**

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *King v. Habib Bank Limited*, Case No. 20-cv-4322, Plaintiffs' Letter Regarding Status of Bellwether Plaintiffs

Dear Judge Schofield:

Plaintiffs submit this Letter to the Court regarding the status of the bellwether plaintiffs in this consolidated action. Plaintiffs seek to reduce the number of bellwether plaintiffs from twelve to ten by removing the following from the current list *see* Dkt. No. 83, of bellwether plaintiffs: James Gould and Marissa Brown.

Plaintiffs recently learned that Mr. Gould has passed away. And Ms. Brown has also had health-related issues that limit her ability to act in a bellwether capacity. Counsel for Plaintiffs informed counsel for Habib Bank Limited of these circumstances, and HBL does not oppose this request—subject to the Court's approval—to de-designate both Mr. Gould and Ms. Brown as bellwether plaintiffs. Good cause exists to de-designate these bellwether plaintiffs and this request will not interfere with the schedule in this action.

Please do not hesitate to contact the parties if the Court requires any additional information.

December 9, 2024
Page 2

Respectfully,

*/s/ Ian M. Gore*
Ian M. Gore (IG2664)
Danielle Nicholson (*Pro Hac Vice*)
Katherine M. Peaslee (*Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
igore@susmangodfrey.com
dnicholson@susmangodfrey.com
kpeaslee@susmangodfrey.com

Seth D. Ard (SA1817)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sard@susmangodfrey.com

Steven Sklaver (*Pro Hac Vice*)
Michael Adamson (MA9434)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
ssklaver@susmangodfrey.com
madamson@susmangodfrey.com

Ryan Sparacino (*Pro Hac Vice*)
Tejinder Singh (TS0613)
Adam Goldstein (AG0318)
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com
tejinder.singh@sparacinopllc.com
adam.goldstein@sparacinopllc.com

*Counsel for Plaintiffs*