**WHITE & CASE**

January 2, 2025

**BY ECF**

The Honorable Ona T. Wang, United States Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, New York, NY 10007

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

**Re: *King v. Habib Bank Ltd.*, No. 1:20-cv-04322-LGS-OTW —
Response to Plaintiffs' Letter Request for Status Conference**

Dear Judge Wang:

Defendant Habib Bank Limited is regrettably compelled to respond to Plaintiffs' request (ECF No. 376) for a status conference, as Plaintiffs did not confer with HBL before making their request, which could have been made in the parties' joint status letter filed just days ago. *See* Jt. Ltr. 1 (Dec. 27, 2024), ECF No. 375. HBL does not see a need for a conference on issues that were already aired at the October 9, 2024 status conference, *see* Jt. Ltr. (Oct. 4, 2024), ECF No. 317, but counsel for HBL remains at the Court's disposal.

Respectfully submitted,

s/ *Claire A. DeLelle*

Christopher M. Curran
Claire A. DeLelle
Celia A. McLaughlin
Michael Mahaffey

*Counsel for Habib Bank Limited*

cc:     All Counsel of Record (by ECF)