UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KEVIN KING, et al.,

             Plaintiffs,                    20-CV-4322 (LGS) (OTW)

           -against-                      **ORDER**

HABIB BANK LIMITED,

             Defendant.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that the parties' joint letter motion for discovery re the Amended Protective Order is still outstanding. (*See* ECF 267). Because the Court entered the parties' proposed Amended Protective Order on June 25, 2024, (ECF 268), the parties' motion is **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF 267.

    **SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: January 16, 2025                          **Ona T. Wang**
       New York, New York                United States Magistrate Judge