UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KEVIN KING, et al., :
:
           Plaintiffs, :      20-CV-4322 (LGS) (OTW)
:
           -against- :      **ORDER**
:
HABIB BANK LIMITED, :
:
           Defendant. :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' joint letter at ECF 375.

The Court will hold an In-Person Discovery Conference on **Wednesday, April 2, 2025,** at **10:00 a.m**. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer and file a joint proposed agenda by **Friday, March 28, 2025,** apprising the Court on the status of discovery, whether the parties anticipate making any new discovery requests based on the Court's forthcoming rulings on the parties' pending letter briefs, and whether there are any new disputes.

The fact discovery deadline is hereby **EXTENDED** to **April 2, 2025, without prejudice** to further extensions**.**

      **SO ORDERED.**

                                                       *s/ Ona T. Wang*
Dated: January 28, 2025                          **Ona T. Wang**
     New York, New York                United States Magistrate Judge