SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE AMERICAS | 401 UNION STREET |
| HOUSTON, TX 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

January 30, 2025

**BY ECF**

The Honorable Ona T. Wang
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *King v. Habib Bank Limited*, Case No. 1:20-cv-04322-LGS-OTW, Joint Status Letter

Dear Judge Wang:

The parties jointly submit this status letter.

## I. Pending Letter Briefs

Pursuant to the Court's Order at the October 9, 2024 Status Conference and its October 18, 2024 Order (Dkt. 330), the parties have completed their briefing on the following issues that remain pending before the Court:

1. Dispute Regarding the Relevance of Foreign Regulator Inspection Records (Dkts. 308, 314, 324, 333, 355)

2. Dispute Regarding Whether the Comity Analysis Favors Compelling Production of Foreign Regulator Inspection Records (Dkts. 308, 314, 338, 348, 364)

3. Dispute Regarding the Proportionality of HBL Producing HBL Transactional Data (Dkts. 284, 288, 322, 342, 358)

## II. Additional Disputes

As set forth in the parties' December 27 joint status letter (Dkt. 375), the parties dispute whether there remain any live issues pending before the Court concerning HBL's privilege log. The parties incorporate by reference their positions on the issue of HBL's privilege log as set forth in Dkt. 375.

January 30, 2025
Page 2

Respectfully submitted,

*/s/ Danielle Nicholson*
Ian M. Gore (IG2664)
Katherine M. Peaslee (Pro Hac Vice)
Danielle Nicholson (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883
igore@susmangodfrey.com
kpeaslee@susmangodfrey.com
dnicholson@susmangodfrey.com

Seth D. Ard (SA1817)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001-8602
Tel: (212) 336-8330
Fax: (212) 336-8340
sard@susmangodfrey.com

Steven Sklaver (Pro Hac Vice)
Michael Adamson (MA9434)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
ssklaver@susmangodfrey.com
madamson@susmangodfrey.com

Ryan Sparacino (Pro Hac Vice)
Tejinder Singh (TS0613)
SPARACINO PLLC
1920 L Street, NW
Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com
tejinder.singh@sparacinopllc.com

*Counsel for Plaintiffs*

January 30, 2025
Page 3

<u>/s/ Claire A. DeLelle with permission</u>
Christopher M. Curran
Claire A. DeLelle
Celia A. McLaughlin
Michael Mahaffey (*Pro Hac Vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:      + 1 202 626 3600
Facsimile:       + 1 202 639 9355
ccurran@whitecase.com
cdelelle@whitecase.com
cmclaughlin@whitecase.com
michael.mahaffey@whitecase.com

*Counsel for Habib Bank Limited*