UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KARIM HAKIMYAR, et al., :
:
              Plaintiffs, :    24-CV-993 (LGS) (OTW)
:
              -against- :    **ORDER**
:
HABIB BANK LIMITED, :
:
              Defendant. :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

This case is designated as related to *King et al. v. Habib Bank Limited*, (20-CV-4322) and the consolidated cases (21-CV-2351, 21-CV-6044) (the "Related Actions"). On February 25, 2025, Judge Schofield issued an opinion and order granting in part and denying in part Defendant Habib Bank Limited's ("HBL") motion to dismiss the Complaint. (ECF 31). As noted in Judge Schofield's February 25 opinion, "[t]his action and the Related Actions assert the same claims against Defendant HBL based on nearly identical factual allegations but are brought by different groups of plaintiffs." (ECF 31 at 4).

An in-person discovery status conference is currently scheduled in the Related Actions on April 2, 2025, at 10:00 a.m. (*See* 21-CV-4322, ECF 380). The parties' Rule 16 conference will be held at/with the **April 2, 2025** discovery status conference. The parties are directed to file their Rule 26(f) report by **March 28, 2025.** The parties to this case and the Related Actions are directed to include in the joint proposed agenda any discovery that has been conducted in this case, the extent to which, if any, discovery has been or can be cross produced between the cases, and whether consolidation of this case with the Related Actions for all purposes is appropriate.

The Clerk of Court is respectfully directed to file a copy of this Order in the Related Actions: 20-CV-4322.

**SO ORDERED.**

Dated: March 11, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge