UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
KEVIN KING, et al.,                                    :
                                                       :
                Plaintiffs,                            :    20-CV-4322 (LGS) (OTW)
                                                       :
        -against-                                      :
                                                       :    **ORDER**
HABIB BANK LIMITED,                                    :
                                                       :
                Defendant.                             :
-------------------------------------------------------x
KARIM HAKIMYAR, et al.,                                :
                                                       :
                Plaintiffs,                            :    24-CV-0993 (LGS) (OTW)
                                                       :
        -against-                                      :
                                                       :    **ORDER**
HABIB BANK LIMITED,                                    :
                                                       :
                Defendant.                             :
-------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' letters requesting consolidation. (20-CV-4322, ECF 390), (24-CV-0993, ECF 37), which the Court accepts in lieu of the Rule 26(f) report originally due March 28, 2025.

The parties' request to consolidate the above-captioned cases for all purposes is **GRANTED.** All future filings in these actions should be filed on docket number 20-CV-4322. The *Hakimyar* Plaintiffs are hereby designated as non-bellwether Plaintiffs, and their claims are hereby **STAYED.**

The parties' request to seek documents relevant to the *Hakimyar* Plaintiffs from third parties who have already been subpoenaed to produce documents regarding the other non-bellwether Plaintiffs in the *Kings* actions is **GRANTED.**

The Clerk of Court is respectfully directed to close ECF No. 390 in Case No. 20-CV-4322 and ECF No. 37 in Case No. 24-CV-0993.

**SO ORDERED.**

Dated: March 24, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge