**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
KEVIN KING, et al.,                        :
                                           :
                 Plaintiffs,               :          20-CV-4322 (LGS) (OTW)
                                           :
           -against-                       :          ORDER
                                           :
HABIB BANK LIMITED,                        :
                                           :
                 Defendant.                :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there are three outstanding letter motions seeking a conference. (*See* ECF 306, 308, 376). As the Court has scheduled a post-discovery conference for April 2, 2025, these motions are **DENIED as moot**.

The Clerk of Court is respectfully directed to close ECF Nos. 306, 308, and 376.

**SO ORDERED.**

Dated: March 24, 2025            _s/ Ona T. Wang_
       New York, New York        **Ona T. Wang**
                                 United States Magistrate Judge