UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
KEVIN KING, et al.,

        Plaintiffs,

        -against-

HABIB BANK LIMITED,

        Defendant.
---------------------------------------------------------------x

20-CV-4322 (LGS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference on this matter on April 2, 2025. As **ORDERED** at the April 2 conference:

1) The discovery deadline is hereby **EXTENDED** to **April 18, 2025, without prejudice to further extensions**.

2) The parties are directed to file a joint status letter by **April 18, 2025,** apprising the Court on the status of discovery.

With respect to the parties' outstanding dispute as to the privilege log, the parties are directed to meet and confer and file a joint letter on the docket by **April 18, 2025,** apprising the Court on whether the parties' August 8, 2024, letter briefs that were submitted to my chambers via email for *in camera* review should be filed on the docket, and, if so, whether the letters should be filed as redacted or unredacted.

    **SO ORDERED.**

                                                     *s/ Ona T. Wang*

Dated: April 3, 2025                          **Ona T. Wang**
      New York, New York               United States Magistrate Judge