UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
KEVIN KING, et al.,                                         :
                                                            :
                Plaintiffs,                                  :    20-CV-4322 (LGS) (OTW)
                                                            :
                -against-                                    :    **ORDER**
                                                            :
HABIB BANK LIMITED,                                         :
                                                            :
                Defendant.                                   :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 387.

Plaintiffs' uncontested motion to substitute Ann Gould, in her capacity as the representative of the estate of former Bellwether plaintiff James Gould, as a non-Bellwether plaintiff in this case under F.R.C.P. 25(a)(1) is **GRANTED**.

The Clerk of Court is respectfully directed to close ECF 387.

**SO ORDERED.**

                                                                         *s/ Ona T. Wang*

Dated: April 3, 2025                                        **Ona T. Wang**
       New York, New York                     United States Magistrate Judge