UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
KEVIN KING, et al.,                                        :
                                                           :
                Plaintiffs,                                  :       20-CV-4322 (LGS) (OTW)
                                                           :
                -against-                                    :       **ORDER**
                                                           :
HABIB BANK LIMITED,                                        :
                                                           :
                Defendant.                                   :
-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 402.

The parties' request to extend the fact discovery deadline is **GRANTED.** The discovery deadline is hereby **EXTENDED** to **May 16, 2025.** The parties are directed to file a joint status letter by **May 16, 2025,** apprising the Court on the status of discovery. The parties are further directed to file on the docket their letter briefs regarding the privilege-log dispute, and may redact or seal their filings as proposed in ECF 402.

**SO ORDERED.**

                                                *s/ Ona T. Wang*
Dated: April 21, 2025                        **Ona T. Wang**
       New York, New York           United States Magistrate Judge