**WHITE & CASE**

May 16, 2025

**BY ECF**

The Honorable Ona T. Wang
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

Re: *King v. Habib Bank Limited*, Case No. 1:20-cv-04322-LGS-OTW, Joint Status Letter

Dear Judge Wang:

The parties jointly submit this status letter pursuant to the Court's April 21, 2025 Order (Dkt. 403).

I.   **Status of Discovery**

Pursuant to this Court's March 31, 2025 and April 9, 2025 Orders (Dkts. 395, 401), HBL completed its production of "Foreign Regulators Reports" by May 5, 2025.

As discussed in the parties' April 18 status letter (Dkt. 402), the parties met and conferred in-person in the courthouse after the April 2, 2025 conference to discuss HBL's proposals to further narrow the scope of collection and production of paper checks. The parties then continued to confer regarding proposed sample parameters for paper checks and the production of other transactional data.

The parties have reached an agreement to (i) narrow the overall scope of paper checks to be collected and produced, and (ii) conduct a sampling exercise for two specific categories of checks based on specific rules. HBL will produce the checks it identifies on a rolling basis to Plaintiffs. Additional searches for paper checks, if any, will depend on the outcome from the production of those samples, based on rules agreed to by the parties. The parties have also reached an agreement on the production of certain additional transactional data.

II.  **Amended Scheduling Order**

In accordance with the Court's March 31, 2025, April 3, 2025, and April 21, 2025 Orders (Dkts. 394, 395, 396, 403), the parties jointly propose that the Court modify the current Case Management Plan and Scheduling Order (Dkt. 93) as set forth below.

Based on prior sampling methodology, HBL estimates that a proposed fact discovery deadline of July 31, 2025 will allow sufficient time for it to complete its productions, which it will make on a rolling basis, for Plaintiffs to review that data, and for the parties to conduct any further discovery

**WHITE & CASE**

The Honorable Ona T. Wang
May 16, 2025

regarding the productions via reopening the Rule 30(b)(6) deposition or alternative means, including by written questions.

Plaintiffs do not agree that currently anticipated fact discovery will be complete by July 31 because they do not know when HBL will complete its production, the contents of the additional transactional data to be produced, or whether there will need to be further sampling as to the checks. As such, Plaintiffs cannot estimate the time necessary to review such data or complete any further discovery. Plaintiffs thus reserve the right to seek a further extension subject to these developments.

If a further extension appears necessary, then the parties agree to meet and confer on any such extension.

| Event | New Deadline |
|---|---|
| Fact Discovery Deadline (ECF No. 93, ¶ 8.a) | July 31, 2025 |
| Expert Report(s) of the Party Bearing the Burden of Proof | 4 weeks after the close of fact discovery |
| Expert Report(s) of Opposing Party | 10 weeks after the close of fact discovery |
| Reply Expert Report(s), If Any, of the Party Bearing the Burden of Proof | 14 weeks after the close of fact discovery |
| Close of Expert Discovery (ECF No. 93, ¶ 9.b) | 18 weeks after the close of fact discovery |
| Submit Joint Status Letter (ECF No. 93, ¶ 13.b) | 2 weeks after the close of fact discovery |
| Pre-Motion Conference Regarding Anticipated Dispositive Motions (ECF No. 93, ¶ 13.c) | 20 weeks after the close of fact discovery |

**WHITE & CASE**

The Honorable Ona T. Wang
May 16, 2025

Respectfully submitted,

s/ *Claire A. DeLelle*
Christopher M. Curran
Claire A. DeLelle
Celia A. McLaughlin
Michael Mahaffey (Pro Hac Vice)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:     + 1 202 626 3600
Facsimile:      + 1 202 639 9355
ccurran@whitecase.com
cdelelle@whitecase.com
cmclaughlin@whitecase.com
michael.mahaffey@whitecase.com

**Counsel for Habib Bank Limited**


s/ *Danielle Nicholson (with permission)*
Ian M. Gore (IG2664)
Katherine M. Peaslee (Pro Hac Vice)
Danielle Nicholson (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883
igore@susmangodfrey.com
kpeaslee@susmangodfrey.com
dnicholson@susmangodfrey.com

Seth D. Ard (SA1817)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001-8602
Tel: (212) 336-8330
Fax: (212) 336-8340
sard@susmangodfrey.com

Steven Sklaver (Pro Hac Vice)
Michael Adamson (MA9434)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

**WHITE & CASE**

The Honorable Ona T. Wang
May 16, 2025

ssklaver@susmangodfrey.com
madamson@susmangodfrey.com

Ryan Sparacino (Pro Hac Vice)
Tejinder Singh (TS0613)
SPARACINO PLLC
1920 L Street, NW
Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com
tejinder.singh@sparacinopllc.com

*Counsel for Plaintiffs*