UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
KEVIN KING, et al.,                                        :
                                                           :
               Plaintiffs,                                 :      20-CV-4322 (LGS) (OTW)
                                                           :
               -against-                                   :
                                                           :      **ORDER**
HABIB BANK LIMITED,                                        :
                                                           :
               Defendant.                                  :
-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' joint letter at ECF 406.

The parties' request to extend the fact and expert discovery deadlines is **GRANTED.** The fact discovery deadline is hereby **EXTENDED** to **July 31, 2025,** and the expert discovery deadline is hereby **EXTENDED** to **December 5, 2025.** There will be no extensions to these deadlines without good cause shown.

      **SO ORDERED.**

                                                                         *s/ Ona T. Wang*
Dated: May 19, 2025                                 **Ona T. Wang**
      New York, New York                 United States Magistrate Judge