**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

KEVIN KING, et al.,                          :
                                             :
              Plaintiffs,                    :          20-CV-4322 (LGS) (OTW)
                                             :
          -against-                          :          **ORDER**
                                             :
HABIB BANK LIMITED,                          :
                                             :
              Defendant.                     :

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person post-discovery status conference in this matter on May 13, 2026.

As **ORDERED** at the conference, the following briefing schedule is entered:

- The deadline to file dispositive and expert-related motions is **Thursday, July 16, 2026**;

- The deadline to file opposition briefs is **Tuesday, September 29, 2026**;

- The deadline to file reply briefs is **Tuesday, December 8, 2026**.


**SO ORDERED.**


_____s/ Ona T. Wang_____

Dated: May 13, 2026                          **Ona T. Wang**
       New York, New York                    United States Magistrate Judge