UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KEVIN KING et al., Plaintiffs, -against- HABIB BANK LIMITED, Defendant. | : | 20 Civ. 4322 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, as discussed during the July 28, 2026, conference and in the parties' pre-motion letters, the parties seek to file summary judgment and expert-related motions. It is hereby

**ORDERED** that, based on Defendant's representations at the July 28, 2026, conference, Defendant's "act of war" affirmative defense is deemed withdrawn. It is further

**ORDERED** that Plaintiffs shall file their motions to exclude the expert testimony of Brigadier General MacEwen and Robert Grenier, each not to exceed 10 pages, by **August 11, 2026**. Defendant shall file any opposition briefs, each not to exceed 10 pages, by **August 25, 2026**. Plaintiffs shall file any reply briefs, each not to exceed 4 pages, by **September 1, 2026**. The parties may consolidate the two motions and briefing and double the page count. It is further

**ORDERED** that the parties shall proceed with simultaneous briefing of their motions for summary judgment according to the following schedule:

- Each side shall file its motion for summary judgment by **October 21, 2026**. Plaintiffs' opening memorandum shall not exceed 10 pages. Defendant's opening memorandum shall not exceed 33 pages.
- Opposition briefs shall be filed by **November 20, 2026**. Plaintiffs' opposition shall not exceed 33 pages. Defendant's opposition shall not exceed 10 pages.

- Reply briefs shall be filed by **December 11, 2026**. Plaintiffs' reply shall not exceed 4 pages. Defendant's reply shall not exceed 17 pages.

Each side shall file no more than 450 pages of exhibits in total. Prior to filing their summary judgment motions, the parties shall meet and confer in a good-faith effort to narrow, to the extent possible, the issues raised on summary judgment. It is further

**ORDERED** that the parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers. It is further

**ORDERED** that the parties shall meet and confer regarding the proposed stipulation on the U.S.-national status of the bellwether Plaintiffs and associated victims and shall file a joint letter regarding the status of the stipulation by **August 5, 2026**. It is further

**ORDERED** that the parties shall schedule a mediation before the Honorable Layn Phillips (ret.) at the earliest practicable date and shall promptly file a letter informing the Court of the date of the mediation once it is scheduled.

Dated: July 29, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**