**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

KEVIN KING, et al.,

Plaintiffs,

-against-

HABIB BANK LIMITED,

Defendant.

---------------------------------------------------------------x

20-CV-4322 (LGS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court's prior Order regarding ECF 429 contained an incorrect deadline date. The Clerk of the Court is respectfully directed to strike ECF 467.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 25, 2026
New York, New York