UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

KEVIN KING et al.,
Plaintiffs,
-against-

HABIB BANK LIMITED,
Defendant.

-------------------------------------------------------------X

20 Civ. 4322 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties previously notified the Court that a mediation was scheduled for September 9, 2026. It is hereby

**ORDERED** that by **September 21, 2026**, the parties shall file a letter regarding the mediation.

Dated: September 14, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE